ESTHER LEHR, Respondent, v. HARRIS SARASON, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion that the plaintiff join as and make a party defendant Rose Sarason, also known as Rosa Sarason, widow of Benjamin Sarason, in her representative capacity as administratrix of the estate of Benjamin Sarason, deceased, granted, on the authority of *Helme* v. *Buckelew* (229 N. Y. 363; followed in *McMaster* v. *Gould*, 240 id. 379, 385). Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

KAROLA KAMSLER, Appellant, v. KURT RICHTER, Respondent, Impleaded, etc.— Order modified by striking therefrom the provision permitting the defendant Kurt Richter to tax the cost of the examination by X-ray apparatus as a disbursement of the action, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOSEPHINE PARK TEARLE, Appellant, v. CONWAY TEARLE, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

BEATRICE MANGAN, Appellant, v. FEODOR VON RAITZ, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

EXCHANGE BUFFET CORPORATION, Respondent, v. CHARLES S. CASH, INC., Appellant, Impleaded, etc.— Without passing on the merits of the controversy, which should await the result of the trial, the order is reversed, with ten dollars costs and disbursements and the motion denied, with ten dollars costs, upon the ground that there is no such showing made as justifies the granting of a temporary injunction herein. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.; Finch and Martin, JJ., dissent.

THOMAS DIXON, Respondent, v. ROBERT LEHMAN, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

PIETRO DI MAURO and Another, as Administrators, etc., of MARY DI MAURO, Deceased, Appellants, v. INTERBOROUGH RAPID TRANSIT COMPANY, INC., Respondent.— Order reversed, with ten dollars costs and disbursements of this appeal to the appellants, and motion granted on payment of costs to date including ten dollars costs of motion at Special Term. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

GEORGE B. MILLETT, Appellant, v. UNITED STATES STEEL PRODUCTS COMPANY, Doing Business, etc., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.